AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| DONNA MALONE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-cv-02206-NGG-VMS |
| ESPLANADE STATEN ISLAND LLC a/k/a STATEN ISLAND ESPLANADE, PATRICE FICCO, ALEXANDER SCHARF and AARON BOKCHIN | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ESPLANADE STATEN ISLAND LLC a/k/a STATEN ISLAND ESPLANADE, 1415 Richmond Ave, Staten Island, NY 10314

PATRICE FICCO, 1415 Richmond Ave, Staten Island, NY 10314
ALEXANDER SCHARF, 1415 Richmond Ave, Staten Island, NY 10314
AARON BOKCHIN, 1415 Richmond Ave, Staten Island, NY 10314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph M. Bonomo, Esq.
PITTA LLP
120 Broadway, 28th Floor
New York, NY 10271

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  04/24/2025

*Tiffany Lee-Harris*
*Signature of Clerk or Deputy Clerk*